**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEAUNDRAY GASTON,
      Appellant,

vs.

THE STATE OF NEVADA,
      Respondent.

No. 68325

**FILED**

SEP 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

On June 25, 2015, appellant filed a pro se notice of appeal. To the extent that appellant appeals from the order denying a post-conviction petition for writ of habeas corpus, the notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). An untimely notice of appeal fails to vest jurisdiction in this court. *See Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). To the extent that appellant appeals from the pre-filing injunction order, no statute or court rule permits an appeal from such an order. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we lack jurisdiction to consider this appeal and we

ORDER this appeal DISMISSED.

            _____, J.
            Parraguirre

_____, J.
Douglas

          _____, J.
          Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27405

cc: Hon. Michael Villani, District Judge
DeAundray Gaston
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A